

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-28-2007

# Secretary Labor v. Trinity Ind Inc

Precedential or Non-Precedential: Precedential

Docket No. 06-2121

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Secretary Labor v. Trinity Ind Inc" (2007). *2007 Decisions.* Paper 320.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/320

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
September 13, 2007


**Nos. <u>06-2121</u> & <u>06-2271</u>**


Secretary of Labor v. Trinity Industries, Inc.
(Docket No. 05-0773)


Present: Barry, Chagares and Tashima, <u>Circuit Judges</u>


    1) Motion by Respondent to Publish Non-Precedential Decision Entered
      August 31, 2007.

    2) Motion by National Association of Home Builders for Leave to be Treated
      as Amicus Curiae with Respect to Motion to Publish Non-Precedential
      Decision and Proposed Statement of Position on Motion to Publish
      Non-Precedential Decision.

    3) Response by Trinity Industries in Opposition to Motion to Publish
      Decision.

<u>/s/ Phyllis Ruffin</u>
Case Manager 267-299-4918

O R D E R
**The foregoing motion by petitioner/cross respondent is GRANTED and the motion
by the National Association of Home Builders is DENIED as moot.**


By the Court,


**/s/Maryanne Trump Barry**
Circuit Judge

Dated: September 28, 2007